JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN GALVEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>              Defendants. | Case No.  CV 16-3979-GW(RAORx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal, filed on June 23, 2016 [24], it is hereby ORDERED that the above-entitled action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 27, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE